UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PRESTON AND MARY DANIELS, AS NATURAL PARENTS AND GUARDIANS OF B.D., TIMOTHY JOEST, AND JON STRUBE, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs <br><br> vs. <br><br> G.L.A. COLLECTION CO., INC., <br><br> Defendant | CASE NO. 1:21-cv-02276-TWP-MJD |

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court and the Court being fully advised in the premises, and it appearing to the Court that matters in controversy in the above-entitled cause of action involving the Plaintiffs, Preston and Mary Daniels, as Natural Parents and Guardians of B.D., Timothy Joest, and Jon Strube, and the Defendant, GLA Collection Company, Inc., including all individual claims contained in Plaintiffs' Complaint as directed against the Defendant, GLA Collection Company, Inc., have been fully compromised and settled, the Court now APPROVES the parties' Stipulation of Dismissal, and it is

**ORDERED** by the Court that this cause be and the same hereby is dismissed with prejudice as to GLA Collection Company, Inc., and said parties to pay their own costs. Plaintiffs' class claims are dismissed without prejudice.

Date: 4/13/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

TENDERED BY:

/s/ William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
Attorney for GLA Collection Company, Inc.
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
PHONE: (812) 949-2300
FAX: (812) 949-8556
E-MAIL: wsmith@k-glaw.com

DISTRIBUTION TO:

William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
wsmith@k-glaw.com

Richard J. Shea
Thomas E. Irons
Sawin & Shea LLC
6100 N. Keystone Ave.
Suite 620
Indianapolis, IN 46220-2430
317-255-2600
rshea@sawinlaw.com
tirons@sawinlaw.com

Anthony P. Chester
Kazerouni Law Group, APC
120 S. 6th Street, Suite 2050
Minneapolis, MN 55402
952-225-5333
tony@kazlg.com